

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00048-CR

EX PARTE QUINCY BLAKELY

----------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY
TRIAL COURT NO. CR-2015-06355-E

----------

## MEMORANDUM OPINION[1]

----------

Appellant Quincy Blakely filed his notice of appeal on January 29, 2018. On April 11, 2018, we notified Blakely that the trial court clerk responsible for preparing the record in this appeal had informed this court that payment arrangements had not been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss this appeal for want of

---

[1]*See* Tex. R. App. P. 47.4.

prosecution unless Blakely, by April 23, 2018, made arrangements to pay for the clerk's record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Blakely filed a motion for extension of time to make arrangements to pay for the clerk's record and to provide this court with proof of payment, and the motion was granted, extending the deadline until May 25, 2018. On June 11, 2018, we received a letter from the trial court clerk stating that Blakely had failed to pay or to make arrangements to pay the entire balance of the clerk's fee for preparing the clerk's record.

Because Blakely has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 43.2(f); *Sutherland v. State*, 132 S.W.3d 510, 512 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 28, 2018

2